IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOEL KELLEY MIMS, FORMER HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-5141

ROCHELLE LYNN MIMS, FORMER WIFE,

     Appellee.

_____/

Opinion filed August 12, 2016.

An appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

Marci D. Silver, Gainesville, for Appellant.

Rochelle Lynn Mims, pro se, Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.